RECEIVED
IN ALEXANDRIA, LA.
FEB 12 2010
TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| RUSSELL McKINNON<br>FED. REG. #17938-075<br>VS.<br>WARDEN JOE KEFFER | CIVIL ACTION NO. 09-1159<br>SECTION P<br>JUDGE DRELL<br>MAGISTRATE JUDGE KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED THAT** petitioner's Application for Federal Writ of Habeas Corpus Under 28 U.S.C. §2241 be **DENIED** and **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED**, in chambers, Alexandria, Louisiana, on this _11_ day of February, 2010.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE